```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

| | |
|---|---|
| HOPE STEVENSON,<br><br>        Plaintiff,<br><br>   v.<br><br>DRIVETIME CAR SALES COMPANY,<br>LLC,<br><br>        Defendant, | CIVIL ACTION<br><br>NO. 1:16-CV-03126-CAP |

### O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this  2nd  day of September, 2016.

                                    s/CHARLES A. PANNELL, JR.
                                    CHARLES A. PANNELL, JR.
                                    United States District Judge